**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1352

ADA IRENE DAWSON,

            Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA; LOUIS JOSEPH FREEH, Former
Director in his official capacity as Director; ROBERT S.
MULLER, Director in his official capacity as Director,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (3:05-cv-02308-CMC)

Argued:  January 26, 2010              Decided:  March 3, 2010

Before TRAXLER, Chief Judge, and SHEDD and DAVIS, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

**ARGUED:** Terri Hearn Bailey, OFFICE OF THE UNITED STATES
ATTORNEY, Columbia, South Carolina, for Appellees.  **ON BRIEF:**
Gloria Y. Leevy, LEEVY LAW, PC, Columbia, South Carolina, for
Appellant.  W. Walter Wilkins, United States Attorney, Columbia,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ada Irene Dawson appeals the district court's order granting summary judgment for the United States of America, Louis Joseph Freeh, Former Director of the Federal Bureau of Investigation, and Robert S. Muller, Director of the Federal Bureau of Investigation, on her complaint alleging race discrimination, hostile work environment, and retaliation under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 ("Title VII"). After conducting de novo review of the district court's grant of summary judgment, see Nader v. Blair, 549 F.3d 953, 958 (4th Cir. 2008), we find no reversible error. Accordingly, we affirm the district court's order. See Dawson v. United States of America, No. 3:05-2308-CMC-JRM (D.S.C. filed March 6, 2008). Because the facts and legal contentions are adequately presented in the materials before the court, we find that further argument would not aid the decisional process.

AFFIRMED